against Edward Hudnall. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with the terms stated in order. Order filed. See, also, infra.

HUDNALL v. HUDNALL. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Appeal from Special Term, New York County. Action by Florence B. Hudnall against Edward Hudnall. From the judgment, defendant appeals. Modified and affirmed. See, also, 130 N. Y. Supp. 1115. John Macgregor, for appellant. Charles S. Simpkins, for respondent.

PER CURIAM. The allowance of counsel fee after the services were performed was unjustifiable by any provision of the Code of Civil Procedure, and therefore the judgment should be modified, by striking out the counsel fee, and, as modified, affirmed, without costs.

DOWLING, J., dissents, in so far as the judgment below is affirmed.

In re HUGHES. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Clara H. Hughes, as executrix, etc. No opinion. Motion denied, without costs.

In re IGOE. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of James J. Igoe for admission to the bar. No opinion. Application granted.

In re JAFFE. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Benjamin Jaffe, an attorney. No opinion. Reference ordered. Settle order on notice.

JARVIS–PAYNE CO., Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the Jarvis-Payne Company against Norman R. Robinson. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Thomas M. Johnson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by William O. Johnson against Archibald S. White. J. P. Cotton, Jr., for appellant. C. E. Thorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re JONES. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the application of Charles S. Jones for admission to the bar. No opinion. Inasmuch as the application was first made in the First department of this court, and denied, this application, being upon similar papers, is denied.

In re JONES. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Charles S. Jones for admission to the bar. No opinion. Application granted. See, also, supra.

JOSLYN v. EMPIRE STATE DEGREE OF HONOR. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Myrtie A. Joslyn against the Empire State Degree of Honor. No opinion. Motion granted, and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action? See, also, 129 N. Y. Supp. 563.

KAMINSKY v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Riva Kaminsky, as administratrix, against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

KAMMERER et al., Respondents, v. PANITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Robert L. Kammerer and another against Jacob Panitz and another. No opinion. Judgment affirmed, with costs.

KAVADA, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Joseph Kavada against Henry A. Morgan. H. F. Cochrane, for appellant. P. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY LUMBER CO., Respondent, v. OTSELIC VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the Kelly Lumber Company against the Otselic Valley Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., not voting.

KENNEDY v. WANAMAKER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Patrick Kennedy against John Wanamaker, New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1053.

KIMMERLE, Respondent, v. CAREY PRINTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by George Kimmerle against the Carey Printing Company. No opinion. Motion denied. See, also, 129 N. Y. Supp. 572.

KING, Respondent, v. BISSELL, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Edith L.

King against Joseph B. Bissell. F. Bien, for appellant. H. Taylor, for respondent. No opinion. Judgment and order affirmed. Order filed.

KING, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by William King, by James J. King, his guardian ad litem, against the City of New York and another. No opinion. Judgment and order unanimously affirmed, with costs.

KLAUS v. UNITED STATES RUBBER RECLAIMING WORKS. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by John Klaus against the United States Rubber Reclaiming Works. No opinion. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the plaintiff made out a prima facie case.

KLEIN v. GALLIN et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Klein, as trustee in bankruptcy, etc., against Samuel Gallin and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 894, 122 N. Y. Supp. 1133.

KLEIN, Respondent, v. GRAHAM, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Ophelia C. Klein against Gorden T. Graham, impleaded with others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 129 N. Y. Supp. 1130.

KLEIN, Respondent, v. KRAKOWER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Klein, as trustee in bankruptcy, etc., against Tobias Krakower and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Commercial Bank v. Sherwood, 162 N. Y. 310, 56 N. E. 834.

KLEIN, Respondent, v. PETRI, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Emanuel Klein against John A. Petri, as administrator, etc., of Conrad Petri, deceased.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the alleged contract to pay the sum of $500 is not established by satisfactory evidence.

THOMAS and WOODWARD, JJ., dissent.

KRESSE, Respondent, v. KRESSE, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frank Kresse against Julia Kresse. No opinion. Interlocutory judgment affirmed.

KRUG v. CITY OF NEW YORK et al. (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Abraham Krug against the City of New York, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Robert Kuehnert, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 129 N. Y. Supp. 1131.

KURTZ v. WILLIAM B. RIKER & SON CO. (Supreme Court, Appellate Term. June 29, 1911.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by May Kurtz against the William B. Riker & Son Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed on condition of remittitur. Nadal, Jones & Mowton, for appellant. William D. Bosler, for respondent.

PER CURIAM. We have examined the grounds urged by the appellant for the reversal of this judgment and are satisfied that they are without merit. The evidence adduced did not, however, in our opinion, justify the amount of damages which the court awarded plaintiff. Judgment reversed, and new trial ordered, with costs to appellant to abide the event, unless the respondent, in 10 days after the entry of the order upon this judgment, stipulates to reduce the judgment to $100 and appropriate costs in the court below, in which event the judgment, as modified, is affirmed, without costs of this appeal to either party.

LA GRAVE v. HELLINGER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Sophie M. La Grave v. Leopold Hellinger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 291.

LANG, Respondent, v. LANG, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Daniel O. Lang against Mattie K. Lang. A. J. Oishei, for appellant. J. M. Wight, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAPIDUS, Appellant, v. FRANKLIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Abraham Lapidus against Gustav M. Franklin. No opinion. Order affirmed, with $10 costs and disbursements.

In re LALLY. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Lavinia Lally, a creditor of Mary Eagan, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements.